# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>DEVIN DEVON LEVERETT, SR.,<br><br>Defendants. | Case No. 19-mj-70809-MAG-1 (KAW)<br><br>Charging District: Eastern District of CA<br><br>Charging District's Case No.:<br><br>17-CR-00208 DAD |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: | Courtroom No.: 9, 6th Floor |
|---|---|
| Robert E. Coyle United States Courthouse | Date and Time: June 3, 2019 at 2:00pm |
| 2500 Tulare Street | Before Magistrate Judge Stanley A. Boone |
| Fresno, CA 93721 | |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 5/28/19

Kandis A. Westmore
United States Magistrate Judge